# United States Court of Appeals
## For the First Circuit

No.  03-1201

PHALY POY,
Plaintiff, Appellant,

v.

JOHN BOUTSELIS, ET AL.,
Defendants, Appellees.

No.  03-1243

JOHN BOUTSELIS, ET AL.,
Defendants, Appellants,

v.

PHALY POY,
Plaintiff, Appellee.

Before
Selya, <u>Circuit Judge</u>,
Coffin, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

ERRATA SHEET

The opinion of the court issued on December 19, 2003, is amended as follows:

On page 12, lines 11-12, delete the sentence that begins with "The notice of appeal filed . . . ." and replace it with "The notice of appeal filed by Boutselis makes no mention of Conroy.  Lacking any indication that Conroy intended to appeal, we find that we have no jurisdiction.  Fed. R. App. P. 3."

On page 20, line 6 "n.3" should be "n.4"